```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                          MAY - 7 2014

                  CENTRAL DISTRICT OF CALIFORNIA
                  EASTERN DIVISION     BY DEP'
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR02-00345-DDP |
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |
| JAVIER RAZO | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.    (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

· UNDERLYING ALLEGATIONS (MANSLAUGHTER)
· ALLEGATION OF ABSCONDING

1

1 and/or

2 B.  ( )  The defendant has not met his/her burden of establishing by clear and
3          convincing evidence that he/she is not likely to pose a danger to the
4          safety of any other person or the community if released under 18
5          U.S.C. § 3142(b) or (c). This finding is based on the following:

6          _____
7          _____
8          _____
9          _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 5/7/14

                                          *signature*
                                          HONORABLE DAVID T. BRISTOW
                                          United States Magistrate Judge